IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00122-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GONZALEZ JUAREZ,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the Change of Plea Hearing for Defendant Juarez is RESET to **May 4, 2010 at 9:00 a.m.**

    DATED: April 12, 2010